ACCEPTED
03-15-00243-CV
6128036
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 9:07:43 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00243-CV

| | | |
|---|---|---|
| **KRISTIN LEE** | § | **IN THE THIRD** |
| **Appellant,** | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | |
| **vs.** | § | **COURT OF APPEALS** 7/20/2015 9:07:43 AM |
| | § | JEFFREY D. KYLE<br>Clerk |
| **K & N MANAGEMENT, INC. d\b\a** | § | |
| **RUDY'S COUNTRY STORE AND** | § | |
| **BAR-B-Q;** | § | |
| **Appellee.** | § | **AUSTIN, TEXAS** |

## APPELLANT'S UNOPPOSED MOTION
## TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE COURT:

Appellant Kristin Lee asks the Court to extend the time to file her brief until July 24, 2015.

### I.   INTRODUCTION

1.    Appellant is Kristin Lee.  Appellee is K & N Management, Inc. d\b\a Rudy's Country Store and Bar-B-Q.

2.    A deadline of July 24, 2015 has been set by the Court to file a response to the Clerk's letter of July 14, 2015.  The letter notified Appellant that her brief was due as of June 26, 2015, as the Clerk's record was filed May 20, 2015.  Appellant's attorney received an e-mail indicating that the Clerk's record had been filed; however, that e-mail was not read by counsel until the Clerk's letter of July 14, 2015 was received.

3.    The parties have agreed to this motion.

## II. ARGUMENT & AUTHORITIES

4.      The Court has the authority under Tex. R. App. P. 38.6(d) to extend the time to file a brief.

5.      Appellant's brief was due on June 26, 2015.

6.      Appellant requests that she be permitted to file her brief on July 24, 2015.

7.      No previous extension has been granted to extend the time to file Appellant's brief.

8.      Though an e-mail from the Clerk was sent to Appellant's counsel on June 26, 2015 indicating that the Clerk's record had been filed (and triggering the deadline for Appellant to file her brief), the e-mail was not seen by Appellant's counsel until the Clerk's letter of July 14, 2015 was sent.  Appellant's brief is prepared and will be filed concurrent with this request for extended time to file Appellant's brief.

## III. CONCLUSION

9.      Appellant asks for additional time to file her brief.  Appellant's brief was due on June 26, 2015 and Appellant request that she be permitted until July 24, 2015 to file her brief, which is being filed concurrent with this request.

## IV.   PRAYER

10.     For these reasons, Appellant Kristin Lee asks the Court to grant an extension of time to file her brief until July 24, 2015.

Respectfully submitted,

LAW OFFICES OF PRICE AINSWORTH, P.C.
3821 JUNIPER TRACE, #210
AUSTIN, TEXAS 78738
price@ainsworth-law.com
512-233-1111
512-472-9157 fax

By: _____
Price Ainsworth
State Bar No. 00950300

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Ethan Goodwin by e-mail, and he has agreed and is unopposed to extending Appellant's time to file an answer.

_____
Price Ainsworth

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the following counsel of record on this the 17th day of July 2015:

**VIA FACSIMILIE – 512-383-0503**
Ethan F. Goodwin
Clark, Price & Trevino
1701 Directors Boulevard, #920
Austin, Texas 78744

_____
Price Ainsworth